UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM A. KRIEGER,

                Petitioner,

v.                                                             Case No. 05-C-564

WARDEN THOMAS BORGEN,

                Defendant.

## OPINION AND ORDER

William Krieger, a prisoner in state custody, had filed a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Having reviewed the Petition, the court ORDERS that, on or before July 11, 2005, the Respondent shall serve and file an answer or other response. See 28 U.S.C. § 2254, Rules Governing § 2254 Cases, Rule 4, 28 U.S.C. foll. § 2254. On that same date, the Respondent shall serve and file copies of all relevant transcripts of proceedings in the state courts.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of the Petition and all attachments and a copy of this Order upon the Respondent and upon the Attorney General of the State of Wisconsin.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 10th day of June, 2005.

                                          s/Thomas J. Curran
                                          THOMAS J. CURRAN
                                          United States District Judge