# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM A. KRIEGER,

        Petitioner,        Case No. 05-C-564

      v.

WARDEN JODINE DEPPISCH and
WISCONSIN ATTORNEY GENERAL
PEGGY LAUTENSCHLAGER,

        Respondents.

## OPINION AND ORDER

        The court ORDERS that Warden Jodine Deppisch, the present warden of the Fox Lake Correctional Institution, is substituted for Thomas G. Borgan as the Respondent in this habeas corpus action. Wisconsin Attorney General Peggy Lautenschlager remains as a Respondent.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 13th day of June, 2005.

                      s/ Thomas J. Curran
                      Thomas J. Curran
                      United States District Judge