# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM A. KRIEGER,

        Petitioner,         Case No. 05-C-564

    v.

JODINE DEPISCH, Warden,
Fox Lake Correctional Institution, and
PEGGY LAUTENSCHLAGER,
Attorney General of Wisconsin,

        Respondents.

## OPINION AND ORDER

        The Respondents in this habeas corpus action have filed a motion to dismiss for untimeliness. Because the Petitioner is proceeding *pro se*, the court ORDERS that, within seven days of the date of this Order, the Respondents shall provide the Petitioner with the statement required in Civil Local Rule 56.1.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 14th day of July, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge